IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BRADFORD,

    Petitioner,                        No. CIV S-05-2448 GEB KJM P

    vs.

RICHARD KIRKLAND,

    Respondent.                     ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application, <u>Bradford v. McGrath</u>, Civ. No. S-02-0759 LKK DAD was filed on April 12, 2002 and was decided on the merits on September 3, 2003. Accordingly, this petition is successive and must be authorized by the Court of Appeals. 28 U.S.C. § 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases. Petitioner has not demonstrated he has received such authorization.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Court
2 of Appeals for the Ninth Circuit.
3 DATED: December 9, 2005.

```
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
```

2
brad2448.2d